IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| I*Rise Learning and Outreach, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No. 11-00044-CV-W-JTM |
| | ) | |
| Jenmar Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On January 19, 2012, this Court ordered plaintiff to show cause, in writing, on or before January 30, 2012, why this matter should not be dismissed for failure to prosecute. The Court advised that a failure to timely show cause would result in immediate dismissal of this case without prejudice. As of February 2, 2012, Plaintiff has failed to file any response to the Court's show cause order.

Accordingly, it is

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

                                                      */s/ John T. Maughmer*
                                                  **JOHN T. MAUGHMER**
                                                **U. S. MAGISTRATE JUDGE**